# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **RIVERPORT INSURANCE COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 3:15-cv-00297 |
| | ) REEVES/SHIRLEY |
| **COUNTRYWIDE PAYROLL & HR SOLUTIONS, INC.; WORLDWIDE STAFFING RESOURCES, INC.; COUNTRYWIDE HOLDINGS, INC.; COUNTRYWIDE PEO, INC.; COUNTRYWIDE INSURANCE SOLUTIONS, INC.; COUNTRYWIDE FUNDING and MERCHANT PROCESSING, INC.; WORLDWIDE EMPLOYMENT SERVICES, INC.; WORLDWIDE HR OUTSOURCING, LLC; and SUNZ INSURANCE COMPANY,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that the parties' motions to dismiss are **GRANTED**, and all claims and counterclaims are **DISMISSED**, **without prejudice.**

Enter:

_____
**UNITED STATES DISTRICT JUDGE**